# UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA



FILED

JUL 2 7 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR S-08-0357-11 WBS |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| LENO ARREOLA, ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release **Leno Arreola** Case CR S-08-0357-11 WBS from custody for the following reasons:

　　__ Release on Personal Recognizance

　　__ Bail Posted in the Sum of _____

　　__ Unsecured bond

　　__ Appearance Bond with 10% Deposit

　　__ Appearance Bond secured by Real Property

　　__ Corporate Surety Bail Bond

　**X** (Other) **Defendant sentenced to a term of TIME SERVED**

Issued at Sacramento, CA on July 27, 2009 at 10:50 a.m.

By _____
William B. Shubb,
United States District Judge

Orig & Copy: USM
Copy to Docketing